UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| EDUARDO JOSE ALVES, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL NO.: 2:26-cv-00318-SDN |
| | ) | |
| DERRICK STAMPER, et al, | ) | |
| | ) | |
| Respondent | ) | |

# JUDGMENT

Pursuant to the Order Granting Petition For Writ of Habeas Corpus entered by U.S. District Judge Stacey D. Neumann, on June 23, 2026; and the Respondent having filed a Status Report on July 6, 2026;

The Petition for Writ of Habeas Corpus is Granted.

Jennifer P. Lyons, Clerk

By: /s/Michelle Thibodeau
Deputy Clerk

Dated: August 6, 2026